AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Seoul Viosys Co., Ltd., | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | 16-CV-80431-WJZ |
| Salon Supply Store, LLC | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Salon Supply Store, LLC
c/o Registered Agent
John White II, Esq.,
Nason, Yeager, Gerson, White & Lioce, P.A.,
1645 Palm Beach Lakes Boulevard, Ste. 1200,
West Palm Beach, FL 33401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian W. Toth
Holland & Knight LLP
701 Brickell Ave., Ste. 3300
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date: Mar 18, 2016

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts