UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80431-CIV-ZLOCH

SEOUL VIOSYS CO., LTD.,

Plaintiff,

vs. **FINAL ORDER OF DISMISSAL**

SALON SUPPLY STORE, LLC,

Defendant.
_______________________________/

THIS MATTER is before the Court upon the Joint Motion To Vacate Default And To Enter Consent Judgment (DE 23), filed herein by both Parties. The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Parties' Joint Motion To Vacate Default And To Enter Consent Judgment (DE 23) be and the same is hereby **GRANTED**;

2. The Court's Default (DE 19) be and the same is hereby **VACATED**, set aside, and of no further force or effect;

3. The Parties' Consent Judgment (DE 23-2) be and the same is hereby approved, adopted and ratified by the Court;

4. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

5. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot; and

6. The Court shall retain jurisdiction solely for the purpose of enforcing the Parties' Consent Judgment (DE 23-2).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of June, 2016.

William J. Zloch

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:
All Counsel of Record